# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2020

160869 & (54)

GILBERT STANOW,
           Plaintiff-Appellee,

v

BEAUMONT CENTER FOR PAIN MEDICINE,
an assumed name for WILLIAM BEAUMONT
HOSPITAL, and AMERICAN
ANESTHESIOLOGY OF MICHIGAN, P.C.,
           Defendants-Appellees,
and

SEAN CONROY, M.D.,
           Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160869
COA: 346641
Oakland CC: 2018-167805-NH

On order of the Chief Justice, the motion to dismiss the application for leave to appeal as moot is GRANTED. The case is dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2020



Clerk